Lynda J. Hartzell, OSB No. 932943
  Direct Dial: 503.802.2153
  Fax: 503.972.3853
  E-Mail: lynda.hartzell@tonkon.com
Colin Love-Geiger, OSB No. 094253
  Direct Dial: 503.802.2091
  Fax: 503.972.3791
  E-Mail: colin.love-geiger@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| **MARGARET BAUMGARNER,** | Civil No. 3:12-CV-1174 BR |
| Plaintiff, | |
| | ~~PROPOSED~~ **FORM OF ORDER** |
| v. | |
| **COMMUNITY SERVICES, INC.,** | |
| Defendant. | |

On February 26, 2013, the Court heard oral argument on Defendant's Motion (#23) to Compel. For the reasons stated on the record, the Court makes the following Order:

1. Facebook, Inc. shall produce the following: All documents and data from March 1, 2010, through the present, related to the Facebook account and activity of Margaret Grace Baumgarner, username "margaret.baumgarner",

URL as viewed on January 30, 2013, at https://www.facebook.com/margaret.baumgarner. Specific data requested includes: Registration Data (Basic Subscriber Information ("BSI")) and Transactional Data (IP Logs).

2. Within 7 days of receipt of this Order, Facebook, Inc. shall produce the documents set forth in Section 1 of this Order, electronically, to carlpost@lawofficeofdanielsnyder.com, or by mail to:

Carl Post
Law Offices of Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205

IT IS SO ORDERED.

DATED this 7th day of March, 2013.

_____
ANNA J. BROWN
United States District Judge